## **APPENDIX B**

_____                    CASE NO.  _____

          PLAINTIFF(S),

      vs.                                                                    JUDGE SARA LIOI

_____

          DEFENDANT(S).

| PLAINTIFF/DEFENDANT/JOINT/THIRD-PARTY EXHIBITS | | | | | | |
|---|---|---|---|---|---|---|
| **EXHIBIT I.D.** | **DESCRIPTION OF EXHIBIT** | **I.D.** | **OFFERED** | **OBJ.** | **ADMITTED** | **NOT ADMITTED** |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |